

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE RUBEN RODRIGUEZ CAMPOS, | § | No. 08-24-00221-CR |
| | § | Appeal from the |
| Appellant. | § | 109th Judicial District Court |
| | § | of Winkler County, Texas |
| | § | (TC# 4125-A) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 27th day of January 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.